

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-6-2011

# USA v. Nelson Diaz

Precedential or Non-Precedential: Precedential

Docket No. 10-3337

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation
"USA v. Nelson Diaz" (2011). *2011 Decisions.* Paper 1178.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1178

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No  10-3337
_____

UNITED STATES OF AMERICA

v.

NELSON LUIS DIAZ,
Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 1-07-cr-00147-001)
District Judge:  Honorable John E. Jones, III
_____

Argued March 22, 2011

Before: SLOVITER, FUENTES, and SMITH, Circuit Judges

ORDER AMENDING OPINION

IT IS ORDERED that the slip opinion in the above case, filed May 5, 2011 be amended as follows:

Page 3, first full paragraph, line 10, "360 years to life" should be deleted and replaced by "360 months to life."

By the Court
 /s/   Dolores K. Sloviter
Circuit Judge

Dated: May 6, 2011
trg/cc:        Michael A. Consiglio, Esq.
              Ronald A. Krauss, Esq.